UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVEN CARROLL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:13CV830 RWS |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

The Court referred this matter to United States Magistrate Judge Shirley Padmore Mensah for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On August 22, 2014, Judge Mensah filed her Report and Recommendation that the decision of the Commissioner should be reversed and this case remanded for further proceedings under Sentence 4 of 42 U.S.C. § 405(g). No objections to the Report and Recommendation were filed. After careful consideration, I will adopt and sustain the thorough reasoning of Judge Mensah

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated August 22, 2014 [#16] is adopted in its entirety.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is reversed and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration of plaintiff's claims consistent with the Report and Recommendation as adopted herein.

A separate judgment in accord with this Memorandum and Order is entered this date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of September, 2014.